IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | FILED |
| v. | ) | JUL 11 2006 |
| | ) | CR. NO. 1:06CR171-MEF |
| HUGH EDWARD BLACK | ) | [42 USC 408(a)(5) and 18 USC 1001] |
| | ) | CLERK |
| | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DIST. OF ALA. |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From on or about October 21, 2002 through on or about December 21, 2004, in the Middle District of Alabama, the defendant

**HUGH EDWARD BLACK,**

having made an application to receive payment under Title 42, United States Code, Section 408 for the use and benefit of another and having received such payment, did knowingly and willfully convert such payment, and any part thereof, to a use other than for the use and benefit of such person, in violation of Title 42, United States Code, Section 408(a)(5).

## COUNT 2

On or about October 21, 2002, in the Middle District of Alabama, the defendant,

**HUGH EDWARD BLACK,**

did knowingly make and use a false writing and document knowing the same to contain a materially false, fictitious and fraudulent statement and representation, in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

*/s/ Janice Davis Williams*
Foreperson

*/s/ Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney