

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - HUGH EDWARD BLACK SENTENCING GUIDELINES CASE | July 11, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | Susan R. Redmond Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the July 11, 2006, Grand Jury:

> **HUGH EDWARD BLACK**
> Post Office Box 121
> Verbena, AL 36091-0121

<u>LIMITS OF PUNISHMENT</u>
Cts. 1 & 2:
NMT $250,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NMT 5Y, or both;
NMT 3Y SUP REL;
$100 AF;
VWPA.

Estimated trial time: 2 days