AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V.<br>HUGH EDWARD BLACK<br>P.O. Box 121<br>Verbena, AL 36091-0121 | Case Number: 1:06cr171-MEF |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __HUGH EDWARD BLACK__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

Social Security Fraud

False Statement

in violation of Title __42 and 18__ United States Code, Section(s) __408(a)(5) and 1001__

__DEBRA P. HACKETT__
Name of Issuing Officer

By: _(signature)_
Signature of Issuing Officer

__CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA__
Title of Issuing Officer

July 13, 2006   Montgomery, Alabama
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |