IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

UNITED STATES OF AMERICA    )
                            )
    v                       )
                            )  CR. NO. 1:06CR171-MEF
HUGH EDWARD BLACK           )
                            )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, ___Hugh Edward Black___, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

    WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

___August 2, 2006___                    ___/s/ Hugh Black___
DATE                                    DEFENDANT

                                        ___/s/___
                                        ATTORNEY FOR DEFENDANT