# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern  ☐ Southern  ☐ Eastern

HON. Delores R. Boyd                AT Montgomery, Alabama

DATE COMMENCED 10/13/2006       @ 10:48  ☒ a.m. ☐ p.m

DATE COMPLETED 10/13/2006       @ 10:52  ☒ a.m. ☐ p.m

CASE NO. 2:06CR171-MEF

UNITED STATES OF AMERICA   VS.   HUGH EDWARD BLACK
Plaintiff(s)                           Defendant(s)

## APPEARANCES

Plaintiff(s)/Government            Defendant(s)
Susan Redmond                     Kevin Butler

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.        Crt Rptr: _____
Law Clerk: _____                   Interpreter: _____
USPO/USPTS: _____                  Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference      ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**

Pending Motions: None
Discovery Status: Complete    Plea Status: Plea
Trial Status/Length: 2 Days   Trial Term: 27 Nov 06