**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/15/2006
DIGITAL RECORDING: 12:00 - 12:24 pm
COURT REPORTER: Jimmy Dickens

- [ ] ARRAIGNMENT
- [x] CHANGE OF PLEA
- [ ] CONSENT PLEA
- [ ] RULE 44(c) HEARING
- [ ] SENTENCING

---

PRESIDING MAG. JUDGE: DRB
CASE NUMBER: 2:06CR171-MEF
AUSA: Redmond

DEPUTY CLERK: sql
DEFENDANT NAME: Hugh Edward BLACK
DEFENDANT ATTORNEY: Kevin Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; (X)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

---

- [ ] This is defendant's FIRST APPEARANCE.
- [ ] Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- [ ] ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- [ ] WAIVER OF INDICTMENT executed and filed.
- [ ] INFORMATION filed.
- [ ] Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:
- [ ] Not Guilty
- [x] Guilty as to:
  - [x] Count(s): 1 and 2
  - [ ] Count(s): _____
- [ ] dismissed on oral motion of USA
- [ ] to be dismissed at sentencing

[x] Written plea agreement filed   [ ] ORDERED SEALED
[x] ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1 & 2 .
- [ ] CRIMINAL TERM:      [ ] WAIVER OF SPEEDY TRIAL filed.
DISCOVERY DISCLOSURE DATE:
[x] ORDER: Defendant continued under [x] same bond; [ ] summons; for:
   [ ] Trial on _____; [x] Sentencing on _____
- [ ] ORDER: Defendant remanded to custody of U. S. Marshal for:
   [ ] Trial on _____; or [ ] Sentencing on _____
- [ ] Rule 44 Hearing: [ ] Waiver of Conflict of Interest Form executed
   [ ] Defendant requests time to secure new counsel