**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 13, 2007

# NOTICE OF CORRECTION

**From:**		Clerk's Office

**Case Style:**		USA vs. Hugh Edward Black

**Case Number:**	1:06cr171-MEF

This Notice of Correction has been filed in the above referenced case to notice parties that the case was inadvertently opened as a Northern Division case.  Correction has been made to reflect that this case is in the Southern Division pursuant to the indictment returned 7/11/06.