# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:     3/14/07          AT:     11:13 a.m.
DATE COMPLETED:     3/14/07          AT:     11:14 a.m.


UNITED STATES OF AMERICA          §
vs.                               §          CR. NO. 1:06CR171-MEF
                                  §
HUGH EDWARD BLACK                 §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan R. Redmond | | Kevin L. Butler |

COURT OFFICIALS PRESENT:

David Housholder, Law Clerk                    Jacquelyn Caple, USPO
Kelli Gregg, Courtroom Clerk                   Scott Wright, USPO
Risa Entrekin, Court Reporter


COURTROOM  PROCEEDINGS:


( X )  **Status Conference/Sentencing**

    11:13 a.m. -     Court convenes.
                     Defendant did not appear for sentencing and a prior warrant has been
                     issued for his arrest for violating pre-trial release.  Sentencing is
                     continued.
    11:14 a.m. -     Court is in recess.