IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06-171-MEF |
| | ) | |
| HUGH EDWARD BLACK | ) | |

### **ORDER**

Pending before the Court is the *Government's Motion for Detention* (Doc. 26, filed December 21, 2007). For good cause, it is **ORDERED** that a hearing on the motion and the petition to revoke the defendant's pretrial release is set for **December 28, 2007, at 11:00 a.m.**, before **United States Magistrate Judge Terry F. Moorer, in Courtroom 4-A**, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DONE, this 21st day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE