IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-171-MEF |
| | ) | |
| HUGH EDWARD BLACK | ) | |

**ORDER OF REVOCATION AND DETENTION**

After due consideration of the testimony and arguments presented at the detention hearing, the court finds, pursuant to 18 U.S.C.§ 3148(b)(1)(B), there is clear and convincing evidence the defendant absconded from supervision from November 16, 2006 until his arrest on December 19, 2007. U.S. Probation Officer Donnell Thompson gave uncontradicted testimony that on August 2, 2006, she explained to defendant Black all the terms and conditions of his bond and the Order Setting Conditions of Release. On November 15, 2006, Officer Thompson met with defendant Black in her office and told him she would, during the course of his supervision, visit him at his home. Thereafter, Officer Thompson tried several times to contact defendant Black to no avail. It was not until Deputy Marshals arrested Defendant Black at a golf course in Mobile, Alabama on December 19, 2007, that Officer Thompson was able to ascertain the whereabouts of defendant Black.

The court further finds that, pursuant to 18 U.S.C.§ 3148(b)(1)(B)(2), based on the factors set forth in 18 U.S.C. 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community. The undisputed facts show Defendant Black pleaded guilty to an economic crime involving dishonesty. In addition, the defendant was obviously able to obtain funds and/or access funds in his successful quest to remain hidden from law enforcement for several months while he purposely absconded from supervision.

Accordingly, it is, for good cause,

**ORDERED** that the motion for detention (doc. 26) is hereby GRANTED and the pretrial ORDER of release entered for the Defendant on November 15, 2006 (Doc. 19) is hereby REVOKED, and for further good cause, the Defendant is REMANDED to the custody of the United States Marshal for detention pending further proceedings.

DONE this 2nd day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE