AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __ALABAMA__

| UNITED STATES OF AMERICA V. HUGH EDWARD BLACK | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:06CR00171-MEF | MAG. NO. 07-0194-B | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    Indictment    ☐ Information    ☐ Complaint    x Other (specify) Petition

charging a violation of            U.S.C. §

**DISTRICT OF OFFENSE**
Middle District of Alabama

**DESCRIPTION OF CHARGES:**

Violation of conditions of release

**CURRENT BOND STATUS:**
  ☐ Bail fixed at        and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  x Government moved for detention and defendant detained pending detention hearing in District of
  ☐ Other (specify)          Offense

| Representation: | ☐ Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?    x No    ☐ Yes      Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| December 20, 2007 | S/SONJA F. BIVINS |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _Alabama_

FILED
DEC 20 2007
CHARLES R. DIARD, JR
CLERK

UNITED STATES OF AMERICA

v.

_Hugh Black_

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)
MJ No # 07-0194-B

CASE NUMBER: _06-171-MEF_

CHARGING DISTRICTS
CASE NUMBER: _06-171 (MD of AL)_

I understand that charges are pending in the _Middle_ District of _Alabama_ alleging violation of _FTA_ (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  ) identity hearing

(  ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_/s/ Defendant_

12/20/07
Date

_/s/ Defense Counsel_

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) MAG. NO. 07-00194-B |
| vs. | ) |
| | ) Middle District of |
| | ) Alabama No. 1:06CR00171-MEF |
| HUGH EDWARD BLACK, | ) |

<u>ORDER</u>

Defendant **Hugh Edward Black** has testified under oath and has satisfied this Court that he (1) is unable to employ counsel, and (2) does not wish to waive counsel. Accordingly, the undersigned finds that the interests of justice require the appointment of counsel, and hereby appoints **Fred Tiemann** of the Office of the Federal Defender to represent the Defendant in this matter.

**DONE** this **20th** day of **December, 2007.**

                                                   <u>/s/Sonja F. Bivins</u>
                                              **UNITED STATES MAGISTRATE JUDGE**

Case 2:06-cr-00171-MEF-SRW   Document 21 *SEALED*   Filed 03/02/2007   Page 1 of 2

## United States District Court

**RECEIVED**

2007 MAR -2  P 2: 04

MU 07-0194-B

**for**

**Middle District of Alabama**

**Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision**

Name of Defendant: HUGH EDWARD BLACK           Case Number: 1:06CR00171-MEF

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: August 2, 2006

Original Offense:    Count I:   Social Security Fraud
                     Count II:  False Statements

Type of Release: $25,000 Unsecured Appearance Bond

Assistant U.S. Attorney: Susan R. Redmond                 Defense Attorney: Kevin Butler

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition No. 2: "The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number." | On August 2, 2006, the defendant appeared in the U.S. District for the Middle District of Alabama and was released on an unsecured bond. As a condition of his release, he was instructed to maintain residence at 66 County Road 705 in Verbena, Alabama. On August 21, 2006, defendant reported to the probation officer that he was residing at 66 County Road 705 in Verbena, Alabama. On November 8, 2006, the probation officer traveled to the defendant's residence and left a card instructing him to contact the probation officer. On November 15, 2006, the defendant pled guilty to Counts I and II of the indictment. On that day, the defendant indicated that he did not receive the card and reported that he resides at 70 Chilton County Road 705 in Verbena, Alabama. On February 21, 2007, the probation officer traveled to 70 Chilton County Road 705 and was advised by the landlord that the defendant moved from the residence and left no forwarding address. The probation officer has attempted to contact the defendant telephonically but to no avail. The defendant's whereabouts are unknown. |

Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance: The defendant was released on bond on August 2, 2006. On November 15, 2006, the defendant appeared in the U.S. District for the Middle District of Alabama and pled guilty to Count I and II of the indictment. Following his court appearance, he reported residing at 70 Chilton County Road 705 in Verbena, Alabama. I have attempted to contact defendant on numerous occasions but to no avail.

U.S. Probation Officer Recommendation:

Since the defendant has absconded from supervision, it is recommended that her bond executed on August 2, 2006, be revoked.

ATTEST: A True Copy.
Certified to _____ 8/2 , 20 07
Clerk, U.S. District Court,
Middle District of Alabama

BY _____
       Deputy Clerk

Case 1:06-cr-00171-MEF-SRW    Document 33-2    Filed 01/09/2008    Page 5 of 5
12/13/2007  15:15    334  7369    US MARSHALS OFFICE
Case 1:07-mj-194-B    Document 1    Filed 12/20/2007    Page 2 of 3    PAGE 05

Case 2:06-cr-00171-MEF-SRW    Document 21 *SEALED*    Filed 03/02/2007    Page 2 of 2

PS 12C
(ALM, 7/03)

[X] The defendant's release should be

    [X] revoked and defendant detained.

[ ] The conditions of release should be modified as follows:

Respectfully submitted,

by *Donnelle Thompson*

Donnelle Thompson
U.S. Probation Officer
Date: March 1, 2007

Reviewed and approved: *Aludia Wood*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date