**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:06-cr-171-MEF** |
| | ) | |
| **HUGH EDWARD BLACK** | ) | |

**NOTICE OF APPEARANCE**

      **COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance

on behalf of Defendant, **HUGH EDWARD BLACK**, in the above-styled case.

      Dated this 15th day of January, 2008.

                        Respectfully submitted,


                        s/ Michael J. Petersen
                        MICHAEL J. PETERSEN
                        Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        E-mail: michael_petersen@fd.org
                        ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )    **Case No.: 1:06cr171-MEF** |
| | ) |
| **HUGH EDWARD BLACK** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Susan Redmond, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36101

Respectfully submitted,


s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M