IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-171-MEF |
| | ) | |
| HUGH EDWARD BLACK | ) | |

# **O R D E R**

It is hereby ORDERED that the sentencing hearing set for March 3, 2008 is continued

to April 3, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street,

Courtroom 2A, Montgomery, Alabama.

DONE this the 19th day of February, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE