IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | 1:06-CR-171-MEF |
| | ) | |
| | ) | |
| | ) | |
| **HUGH BLACK** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant, Hugh Black. Counsel further requests that all future notices, pleadings motions and correspondence relating to this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 10th day of April, 2008.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 10th day of April, 2008.

          /s/ J. Carlton Taylor_____
          J. CARLTON TAYLOR
          Attorney for the Defendant
          ASB 5037-L53J
          5748 Carmichael Parkway Suite D
          Montgomery, Alabama 36117
          (334) 244-0447
          (334) 244-0794
          jtaylor@fullerandtaylor.com

Susan Redmond
U.S. Attorney's Office
PO Box 197
Montgomery AL 36101-0197