IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:06-cr-171-MEF |
| ) | |
| HUGH EDWARD BLACK ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel, Michael J. Petersen, Esq., and files this motion to withdraw as counsel. In support of this motion, defense counsel states that there is conflict of interest in this representation. CJA Panel attorney Jon Carlton Taylor has agreed to accept appointment to represent Mr. Black and has this date filed his notice of appearance. (Doc #40).

**WHEREFORE**, undersigned counsel respectfully requests that this Motion be granted.

Dated this 10th day of April 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**MOTION GRANTED**

THIS 10th DAY OF April, 20 08

_____
UNITED STATES MAGISTRATE JUDGE