### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 1:06cr171-MEF |
| ) | |
| HUGH BLACK ) | |

## NOTICE OF APPEAL

**NOW COMES** the Defendant, Hugh Black, by and through undersigned counsel, Jon Carlton Taylor, and files this notice of appeal of his conviction and sentence in the above-referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Dated this 14th day of April, 2008.

Respectfully submitted,

s/Jon Carlton Taylor_____
**JON CARLTON TAYLOR**
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, AL 36117
Phone: (334) 244-0447
Fax: (334) 244-0794
jtaylor@fullerandtaylor.com
AL Bar Code: TAY058
ASB 5037-L53J

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.: 1:06cr171-MEF** |
| | ) | |
| **HUGH BLACK** | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                            Respectfully submitted,

                                            s/Jon Carlton Taylor
                                            **JON CARLTON TAYLOR**
                                            FULLER, TAYLOR & HOLTON, P.C.
                                            5748 Carmichael Parkway Suite D
                                            Montgomery, AL 36117
                                            Phone: (334) 244-0447
                                            Fax: (334) 244-0794
                                            jtaylor@fullerandtaylor.com
                                            AL Bar Code: TAY058
                                            ASB 5037-L53J