IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-171-MEF |
| | ) | |
| HUGH EDWARD BLACK | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #53) filed on June 3, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 6th day of June, 2008.

               /s/ Mark E. Fuller
               CHIEF UNITED STATES DISTRICT JUDGE